IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| D&K VENTURES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CV-2084 JWL/DJW |
| | ) |
| MGC, LLC, HURST CONSULTING, | ) |
| LLC, AUSTIN HURST and ZACHARY | ) |
| HURST, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

As provided under Fed. R. Civ. P. 41, plaintiff and defendants stipulate, jointly, to the dismissal of each and all of the claims and controversies herein, with prejudice.

| | |
|---|---|
| McDOWELL RICE SMITH & BUCHANAN | THE SIEGEL LAW FIRM |
| | |
| */s/ James F.B. Daniels* | */s/ Jeffrey R. Siegel* |
| James F.B. Daniels, Fed. Bar #70468 | 4745 W. 136th Street, Suite 109 |
| 605 W. 47th Street, Suite 350 | Leawood, KS 66224 |
| Kansas City, MO 64112 | (913) 402-6037 telephone |
| (816) 753-5400 telephone | (913) 402-6038 telecopier |
| (816) 753-9996 telecopier | jeff@siegel-legal.com |
| jdaniels@mcdowellrice.com | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |